# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARYKATE ELLINGSWORTH** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | |
| | : | |
| **HARTFORD FIRE INSURANCE** | : | **NO. 16-3187** |
| **COMPANY, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## O R D E R

**AND NOW**, this 22nd day of March, 2017, upon consideration of the Defendant's Motion to Dismiss (Doc. No. 8), Plaintiff's Response in Opposition (Doc. No. 12), Defendant's Reply Brief in Further Support of the Motion to Dismiss (Doc. No. 15), and Plaintiff's Sur Reply in Furtherance of Plaintiff's Response in Opposition (Doc. No. 19), **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (Doc. No. 8) is **DENIED**.

                                                                BY THE COURT

                                                 */s/ Lawrence F. Stengel*
                                                LAWRENCE F. STENGEL, J.